UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

|                         |   |                |
|-------------------------|---|----------------|
| United States of America| ) |                |
|                         | ) |                |
| v.                      | ) |                |
|                         | ) | 2:08-CR-210 JVB|
| Philip Michael Murphy,  | ) |                |
| Defendant.              | ) |                |

## ORDER

This matter is before the Court on its Transfer of Jurisdiction Order [DE 23], entered on December 29, 2010. Under the "offense" portion of the document, the offense read "unlawful transport of firearms-etc." The offense should have read "possession with intent to distribute marijuana." The order is so corrected.

SO ORDERED on June 22, 2011.

                                                      s/ Joseph S. Van Bokkelen
                                                    JOSEPH S. VAN BOKKELEN
                                                    UNITED STATES DISTRICT JUDGE